UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **AIMEE LACOUR** | **CIVIL ACTION NO. 6:20-CV-00847** |
| **VERSUS** | **JUDGE JUNEAU** |
| **AMERIGAS PROPANE, LP, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 19. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss filed by Defendant Louisiana CVS Pharmacy, LLC, Rec. Doc. 6, is **GRANTED**, and the Plaintiff's claims against CVS are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 4th day of December, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE